IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES R. O'BRIEN,   No. 2:14-cv-0702-CMK-P

    Plaintiff,

  vs.   <u>ORDER</u>

FRED FOULK, et al.

    Defendants.

_____/

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time (Doc. 19) to file an amended complaint.  Good cause appearing therefor, the request is granted.  Plaintiff shall file a amended complaint on or before November 30, 2015.  Plaintiff is warned that failure to file an amended complaint within the time provided may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders.  <u>See</u> Local Rule 110.

       IT IS SO ORDERED.

DATED: October 21, 2015

                                                **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE

1